14816. DAVIS *v.* VIRGINIA-CAROLINA CHEMICAL CO.

LUKE, J. 1. The agent of a corporation may testify as a witness in a case to which the corporation is a party, concerning transactions between himself, in behalf of the corporation, and a person since deceased whose executor or administrator is the other party in the case. *Ullman* v. *Brunswick Title Guarantee & Loan Co.,* 96 *Ga.* 625 (1) (24 S. E. 409); *DeVane* v. *DeVane,* 149 *Ga.* 783 (1) (102 S. E. 145); *Hines* v. *Snell,* 27 *Ga. App.* 92 (2) (107 S. E. 349).

2. There was evidence to warrant the jury in concluding that the purchase of the guano sued for was an original undertaking of the deceased.

3. The amended motion for a new trial discloses no reversible error.

    *Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*

            DECIDED JANUARY 15, 1924.

Complaint; from city court of Reidsville—Judge Cowart. June 11, 1923.

    *H. H. Elders,* for plaintiff in error.

    *Anderson & Trapnell,* contra.